RAYMOND LANGEWICZ et al., Appellants, v COUNTY OF MADISON, Respondent. 

Present—Callahan, J. P., Boomer, Green, Pine and Davis, JJ. (Order entered Jan. 17, 1992.)